# CADWALADER

Cadwalader, Wickersham & Taft LLP
200 Liberty Street, New York, NY 10281
Tel +1 212 504 6000   Fax +1 212 504 6666
www.cadwalader.com

**MEMO ENDORSED**

January 23, 2018

BY ECF AND HAND DELIVERY

The Honorable William H. Pauley III
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1920
New York, NY  10007

Re:   *Kortright Capital Partners LP, et al. v. Investcorp Investment Advisers Limited*, **No. 16-cv-07619**

Dear Judge Pauley:

We represent Plaintiffs Kortright Capital Partners LP, Matthew Taylor, and Ty Popplewell ("Plaintiffs") in the above-captioned action. We write to respectfully request permission to file a single omnibus reply brief ("Reply Brief") not to exceed fourteen pages in connection with Plaintiffs' separate Motion to Amend the Complaint and for Sanctions and Motion to Strike Investcorp's Demand for Trial by Jury, due January 25, 2018.

Instead of filing two separate briefs, each of which could be up to 10 pages, to address Defendant Investcorp Investment Advisers Limited's ("Investcorp") arguments in opposition, in the interest of efficiency Plaintiffs propose filing a single Reply Brief addressing both motions. Counsel for Investcorp consents to this request.

We thank the Court for its consideration of and attention to this matter.

Respectfully submitted,

/s/ Jason M. Halper

Jason M. Halper

JMH

Application granted.

SO ORDERED:

/s/ William H. Pauley   1/23/18
WILLIAM H. PAULEY III
U.S.D.J.

cc:   ALL COUNSEL OF RECORD VIA ECF

Jason M. Halper   Tel +1 212 504-6300   Fax +1 212 504-6666   jason.halper@cwt.com