# CADWALADER

Cadwalader, Wickersham & Taft LLP
200 Liberty Street, New York, NY 10281
Tel +1 212 504 6000  Fax +1 212 504 6666
www.cadwalader.com

January 24, 2018

**MEMO ENDORSED**

**VIA ECF AND HAND DELIVERY**

The Honorable William H. Pauley III
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1920
New York, NY 10007

RE:   Kortright Capital Partners LP, et al. v. Investcorp Investment Advisers Limited,
      No. 16-cv-07619

Dear Judge Pauley:

   This firm represents Plaintiffs Kortright Capital Partners LP, Matthew Taylor, and Ty Popplewell (collectively, "Plaintiffs") in this action. We write respectfully to request leave to file Plaintiffs' Omnibus Reply Memorandum of Law In Support of Plaintiffs' Motions to Amend the Complaint and for Sanctions, and to Strike Defendant Investcorp's Demand for Trial by Jury (the "Reply Brief") with limited redactions, and to file under seal five of the accompanying exhibits. The proposed redacted version of the Reply Brief is attached to this letter. Pursuant to Rule V.A. of Your Honor's Individual Practices, we have also enclosed a full, unredacted version of the Reply Brief with the words, phrases and paragraphs to be redacted highlighted. We have further enclosed a copy of the five exhibits that we seek to seal (marked as Exhibits 1, 2, 4, 5, and 6 to the Declaration of Jason M. Halper filed in support of the Reply Brief). We have provided Defendant with the same materials, along with final, unredacted versions.

   As was the case with our motion to file redacted versions of (i) the Memorandum of Law in Support of Plaintiffs' Motion to Strike Defendant Investcorp's Demand for Trial by Jury, (ii) the Memorandum of Law in Support of Plaintiffs' Motion to Amend the Complaint and for Sanctions, and (iii) Plaintiffs' proposed amended complaint, the Reply Brief contains references to certain deposition testimony and documents produced during discovery that have been designated Confidential pursuant to the Stipulation and Protective Order entered on February 8, 2017 (the "Protective Order"). Further, Exhibits 1, 2 and 6 have been designated Confidential pursuant to the Protective Order by the producing party, and the deposition testimony contained in Exhibits 4 and 5 have been designated confidential by non-party Man.

**Jason M. Halper**   Tel 212-504-6300   Fax +1 212 504 6666   jason.halper@cwt.com

CADWALADER

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Jason M. Halper

Jason M. Halper

cc: All counsel of record (by ECF)

---

Application granted. In addition, the parties shall appear for oral argument on Plaintiffs' motions February 22, 2018 at 2:30 p.m.

SO ORDERED:

_____  2/6/18
WILLIAM H. PAULEY III
U.S.D.J.