UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| KORTRIGHT CAPITAL PARTNERS LP, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | 16cv7619 |
| -against- | : | SCHEDULING ORDER |
| INVESTCORP INVESTMENT ADVISERS LIMITED, | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WILLIAM H. PAULEY III, Senior United States District Judge:

        The parties shall submit a joint pre-trial order by September 13, 2018 and appear for a final pre-trial conference on September 20, 2018 at 10:00 a.m.

Dated: August 15, 2018
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.