**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KORTRIGHT CAPITAL PARTNERS LP, MATTHEW TAYLOR AND TY POPPLEWELL,<br><br>Plaintiffs,<br><br>v.<br><br>INVESTCORP INVESTMENT ADVISERS LIMITED,<br><br>Defendant. | Case No. 16-cv-7619 (WHP) |

**DECLARATION OF CHRISTOPHER M. JORALEMON**
**IN SUPPORT OF INVESTCORP'S *DAUBERT* MOTIONS AND MOTIONS *IN LIMINE***

I, CHRISTOPHER M. JORALEMON, declare under penalty of perjury as follows:

1. I am a partner at the law firm Gibson, Dunn & Crutcher LLP, and I am counsel of record for Defendant Investcorp Investment Advisers Limited ("Investcorp"). As such, I am fully familiar with the facts set forth in this Declaration.

2. I respectfully submit this Declaration in support of Investcorp's *Daubert* Motions and Motions *in Limine*.

3. Attached hereto as Exhibit A is a true and correct copy of the Expert Report of Paul Gompers, dated November 3, 2017.

4. Attached hereto as Exhibit B is a true and correct copy of the Expert Report of Henry Klein, dated November 3, 2017.

5. Attached hereto as Exhibit C is a true and correct copy of excerpts of the transcript of Henry Klein's deposition, dated March 8, 2018.

6. Attached hereto as Exhibit D is a true and correct copy of the Transaction Agreement between Kortright Capital Partners LP, Kortright Opportunity Fund GP LLC, Matthew B. Taylor, and Man Investments Holdings Inc. ("Man"), executed on June 16, 2016, bearing starting Bates number MIH-KORTRIGHT0001260.

7. Attached hereto as Exhibit E is a true and correct copy of the Revenue Sharing Agreement between Investcorp, Man, Matthew Taylor and Ty Popplewell, executed on June 16, 2016, bearing starting Bates number KCP00007013.

Dated: New York, New York
November 19, 2018

/s/ Christopher M. Joralemon
Christopher M. Joralemon