# EXHIBIT A

# Kortright Capital Partners LP, et al. v. Investcorp Investment Advisers Ltd.
# Direct Examination of Fabio Savoldelli

United States District Court for the Southern District of New York

Case No. 16-cv-07619 (WHP)

January 22, 2019

# Deterioration in Relative Performance




The Kortright Funds' monthly net return for November 2013 is corrected to be 4.68% (June 22, Berman Email, Plaintiffs' Trial Ex. 200)

*Source:* Morningstar Direct; Plaintiffs' Trial Ex. 200

D-D-1